BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
JOHN KAPPOS (S.B. #171977)
jkappos@omm.com
CAMERON W. WESTIN (S.B #290999)
cwestin@omm.com
BO MOON (S.B. #268481)
bmoon@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone:   949 823 6900
Facsimile:   949 823 6994

Attorneys for Defendant and Counter-Claimant
HULU, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | Case No. LACV17-04146 JAK (PLAx)<br><br>**DEFENDANT HULU, LLC'S EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN ORDER TO SHOW CAUSE WHY PLAINTIFF SOUND VIEW INNOVATIONS, LLC SHOULD NOT BE SANCTIONED FOR VIOLATION OF THE COURT'S PROTECTIVE ORDER AND DECLARATION OF CAMERON W. WESTIN IN SUPPORT THEREOF**<br><br>Date: July 11, 2018<br>Time: 10:00am<br><br>Hon. Paul L. Abrams<br>Courtroom 780 |
| HULU, LLC,<br><br>Counter-Claimant,<br><br>v.<br><br>SOUND VIEW INNOVATIONS, LLC,<br><br>Counter-Defendant. | |

Pursuant to Local Rule 79-5.2.2(b), Defendant Hulu, LLC ("Hulu") seeks to file under seal its Memorandum In Support Of Its Motion For An Order To Show Cause Why Plaintiff Sound View Innovations, LLC Should Not Be Sanctioned For Violation Of The Court's Protective Order.

As set out in the attached Declaration of Cameron W. Westin, the documents sought to be filed under seal discuss documents and deposition testimony of Defendant Hulu, LLC ("Hulu"). These documents and testimony have been designated by Hulu as Highly Confidential – Attorney Eyes Only pursuant to the standing protective order applicable to this case, and at the request of the parties have previously been placed under seal by the Court. *See, e.g.,* ECF Nos. 91, 92, 96.

**O'MELVENY & MYERS, LLP**

Dated: June 11, 2018

By:  */s/ Brett J. Williamson*
Brett J. Williamson (#145235)
bwilliamson@omm.com
John C. Kappos (#171977)
jkappos@omm.com
Cameron W. Westin (#290999)
cwestin@omm.com
Bo K. Moon (#268481)
bmoon@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for Defendant and Counter-Claimant*
HULU, LLC