# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | No. LACV17-04146 JAK (PLAx)<br><br>**FINAL JUDGMENT** |

The Court hereby enters its Final Judgment as follows:

1. Claim 14 of U.S. Patent No. 5,806,062 is invalid under 35 U.S.C. § 101 for lack of patentable subject matter.

2. Hulu does not infringe Claim 16 of U.S. Patent No. 6,708,213.

3. Count One of Sound View's First Amended Complaint and Hulu's First and Sixth Counterclaims are hereby dismissed as moot without prejudice to each party requesting to revive its claim or counterclaim(s) and defenses after appeal.

4. Because no claims remain in this action, the Clerk shall enter judgment in favor of Hulu.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 30, 2021

John A. Kronstadt
United States District Judge