# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HULU, LLC,<br><br>　　　　Defendant. | Case No. LACV17-04146 JAK (PLAx)<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

On August 15, 2017, Sound View Innovations, LLC ("Sound View") filed a First Amended Complaint alleging that Hulu, LLC ("Hulu") infringed Claim 16 of U.S. Patent No. 6,708,213 (the "'213 Patent").[1] On February 13, 2023, Hulu filed a Motion for Summary Judgment of Noninfringement of Claim 16 of the '213 Patent. On September 8, 2023, Hulu's Motion for Summary Judgment of Noninfringement of Claim 16 of the '213 Patent was granted.

Accordingly, Final Judgment is hereby entered as follows:

1. Hulu does not infringe Claim 16 of the '213 Patent.

2. Hulu's Sixth Counterclaim is hereby dismissed as moot without prejudice to Hulu requesting to revive its counterclaim and defenses after appeal.

3. Because no claims remain in this action, the Clerk shall enter judgment in favor of Hulu.

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
JOHN A. KRONSTADT
United States District Judge

---

[1] Claims, defenses, and counterclaims with respect to four other patents, and with respect to all other originally asserted claims of the '213 Patent, were voluntarily dismissed by the parties with prejudice. Final judgment that the sole asserted claim of a fifth patent, U.S. Patent No. 5,806,062, was invalid under 35 U.S.C. § 101 for lack of patentable subject matter was previously entered, and that judgment was not appealed.